**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
RAZMIK IKEZIAN,

                                    Plaintiff,               25 **CIVIL** 5481 (RA)

            -v-                                                    <u>**JUDGMENT**</u>

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.
--------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated September 9, 2025, the final decision of the Commissioner be

and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further

administrative action, and it is further ORDERED that the within matter, be and hereby is,

DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**Dated:**  New York, New York

          September 10, 2025


                                                        **TAMMI M. HELLWIG**
                                              _____
                                                        **Clerk of Court**


                              **BY:**      _Negam Dulal_
                                                        **Deputy Clerk**